ORIGINAL

Chistopher Darrow (State Bar No. 70701)
darrowc@gtlaw.com
Mark H. Krietzman (State Bar No. 126806)
krietzmanm@gtlaw.com
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Jong P. Hong (State Bar No. 225785)
hongj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendants TATUNG COMPANY
and TATUNG CO. OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 80073-MISC

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY, TATUNG CO. OF AMERICA, INC.,; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Case No. <br><br> [PROPOSED] ORDER GRANTING TATUNG COMPANY AND TATUNG COMPANY OF AMERICA, INC.'S REQUEST FOR EMERGENCY HEARING ON ITS MOTION FOR A PROTECTIVE ORDER LIMITING SCOPE OF THIRD PARTY DEPOSITION AND SUBPOENA <br><br> Date: <br> Time: <br> Courtroom: <br> Before: |

<mark>

THIS MATTER having been opened to the Court on Request for Emergency Hearing by defendants, the Tatung Co. and the Tatung Company of America, Inc., by their attorneys, and the Court having considered the papers submitted; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED.

2. An emergency hearing on Defendant Tatung's Motion for a Protective Order Limiting Scope of Third Party Deposition and Subpoena shall be on March *16*, 2007.

Dated: March ___(*2*,)2007        *at 9AM*

_____
The Honorable _____.
United States District Court for the
Northern District of California

[PROPOSED] ORDER GRANTING TATUNG'S REQUEST FOR EMERGENCY HEARING         1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

L.G. PHILIPS LCD CO.,

    Plaintiff,

v.

TATUNG COMPANY et al,

    Defendant.

Case Number: CV07-80073 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Darrow
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

Jong Pil Hong
Greenberg Traurig, LLP
Silicon Valley Office
1900 University Avenue
5th Floor
East Palo Alto, CA 94303

Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

Dated: March 13, 2007

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk