IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.G. PHILIPS LCD COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY, TATUNG CO. OF AMERICA INC., AND VIEWSONIC CORPORATION, <br><br> Defendants. | No. C 07-80073 WHA <br><br> **ORDER RE HEARING ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

Good cause not shown, plaintiff's motion to move the hearing and to allow counsel to appear by telephone is **DENIED**. The hearing on this matter will go forward as scheduled on **MARCH 16, 2007, AT 9:00 A.M.**

Counsel for defendants shall take all necessary steps to cause third-party Safeway, Inc. to appear tomorrow at the hearing.

**IT IS SO ORDERED.**

Dated: March 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE